Aryeh Kaufman (SBN: 289745)
**LAW OFFICE OF ARYEH KAUFMAN**
5482 Wilshire Blvd., Suite #1907
Los Angeles, CA 90036
P: (323) 943-2566
E: aryeh@akaufmanlegal.com

Jason Sultzer (pro hac anticipated)
Joseph Lipari (pro hac anticipated)
THE SULTZER LAW GROUP, P.C.
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Tel: 845-483-7100
sultzerj@thesultzerlawgroup.com
liparij@thesultzerlawgroup.com

*Attorneys for Defendant*
FAB STARPOINT LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SANRIO, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAB STARPOINT LLC, a New York limited liability company,<br><br>Defendant. | Case No. 2:19-cv-04977-SVW-AS<br><br>**STIPULATION TO REMAND REMOVED ACTION; [PROPOSED] ORDER THEREON**<br><br>*State Action Filed: May 8, 2019* |

SANRIO INC ("SANRIO" or Plaintiff" and FAB STARPOINT LLC ("FAB" or "Defendant") stipulate as follows:

1. On May 8, 2019 SANRIO commenced an action in the Superior Court of the State of California for the County of Los Angeles, entitled SANRIO, INC., a California Corporation, Plaintiff, v. FAB STARPOINT LLC, a New York limited liability company, Defendant (the "Action").

2. SANRIO effected in-person service of the Summons and Complaint on FAB STARPOINT on May 10, 2019.

3. On June 7, 2019, Defendant filed a notice of removal of the action pursuant to 28 U.S.C. § 1441(b) with the United States District Court for the Central District of California.

4. On June 7, 2019, Defendant completed the removal process by filing a conformed copy of the notice of removal with the Los Angeles Superior Court.

5. After the parties met and conferred on June 11, 2019, the parties agreed that venue does not lie in this Court, and that the Action must be remanded to the Los Angeles County Superior Court. To that end the parties hereby stipulate to the Action being remanded to Los Angeles County Superior Court.

6. The parties further stipulate that pursuant to California Code of Civil Procedure § 430.90, FAB STARPOINT shall have 30 days from the date that the Los Angeles County Superior Court receives the remand to answer or otherwise respond to the Complaint.

///
///
///
///

7. The parties further stipulate that each party shall bear its own attorneys' fees and costs incurred in effecting the remand stipulated to herein.

Dated: June 14, 2019                **LAW OFFICE OF ARYEH KAUFMAN**


By: /s/ Aryeh Kaufman
Aryeh Kaufman, Esq.
*Attorney for Defendant*
*FAB STARPOINT LLC*


Dated: June 14, 2019                **HARRIS WILTSHIRE & GRANNIS LLP**


By: /s/ Mark Grannis
Mark Grannis
Attorneys for Plaintiff
SANRIO, INC.