
FILED
CLERK, U.S. DISTRICT COURT
JUN 20 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SANRIO, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAB STARPOINT LLC, a New York limited liability company,<br><br>Defendant. | Case No. 2:19-cv-04977-SVW-AS<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO REMAND REMOVED ACTION<br><br>JS-6<br><br>*State Action Filed:* May 8, 2019 |

## ORDER

On June 13, 2019, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The parties' stipulation is approved;

2. The Central District of California case number 2:19-cv-04977-SVW-AS styled *SANRIO, INC., a California Corporation, Plaintiff, v. FAB STARPOINT*

[PROPOSED] ORDER ON STIPULATION TO REMAND REMOVED ACTION

*LLC, a New York limited liability company, Defendant*, is hereby remanded to Los Angeles County Superior Court.

IT IS SO ORDERED

Dated: Jan 30, 2019

_____
Hon. ~~Steven V. Wilson~~ Stephen V. Wilson
UNITED STATES DISTRICT COURT JUDGE